IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| FRANCINE ROMO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>**)** | CIV No. 14-1037 SMV |

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 16) to file her response to Plaintiff's Motion to Reverse and Remand (Doc. 14), the Court ORDERS that Defendant shall have until September 14, 2015, and Plaintiff shall have until October 13, 2015 to file her reply.

SIGNED __August 13_____, 2015.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 8/12/15*
MANUEL LUCERO
Assistant United States Attorney


*Electronically approved 8/12/15*
MICHAEL ARMSTRONG
Attorney for Plaintiff