IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FRANCINE ROMO,**

      **Plaintiff,**

vs.	No. CV 14-1037 SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, **I FIND** that the Motion is well-taken;

**IT IS THEREFORE ORDERED** that:

1. Plaintiff may file a Reply no later than **October 27, 2015**.

2. All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law.

3. All requests for extension of time altering the deadlines set in this Order shall be made through a motion to the Court.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**HONORABLE STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**

Submitted and Approved By:
<u>/s/Michael D. Armstrong</u>
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B,
Albuquerque, NM 87108
Bus. (505) 890-9056 Fax. (505) 266-5860

<u>Email Approval on 10/13/15</u>
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
U.S. Attorney's Office District of New Mexico
P.O. Box 607 Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax