## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**FRANCINE ROMO,**

        **Plaintiff,**

**v.**                                                      **No. 14-cv-1037 SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

        **Defendant.**

### JUDGMENT

Having granted on Plaintiff's Motion to Reverse and Remand for a Rehearing with

Supportive Memorandum [Doc. 14] by a Memorandum Opinion and Order entered concurrently

herewith,

        **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered

in favor of Plaintiff.

        **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**